**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1343**

---

JONATHAN COBB; DARRYL COBB; ANNETTE COBB,

Plaintiffs - Appellants,

versus

UNIVERSITY OF VIRGINIA; BOARD OF VISITORS;
HOVEY S. DABNEY; CHARLES CARAVATI; JOHN
ACKERLY, III; CHAMP CLARK; FRANKLIN BIRCKHEAD;
WILLIAM CRUTCHFIELD; WILLIAM GOODWIN; T.
KEISTER GREER; ELSIE GOODWYN HOLLAND; C.
WILSON MCNEELY, III; TERENCE ROSS; ALBERT
SMALL; ELIZABETH TWOHY; HENRY VALENTINE, III;
WALTER WALKER; JAMES WHEAT, III; KRISTINE
LALONDE; ALEXANDER GILLIAM, JR.; WILLIAM HAR-
MON; HONOR COMMITTEE; NICOLE ERAMO; JENNIFER
ERICKSON; APRIL FEARNLEY; D. CABELL VEST;
CLAIR PARRISH; ERIKA WERNER; UNKNOWN MEMBERS
OF INVESTIGATION PANEL I; JENNIFER JONES;
JUSTIN KNEBEL; SCOTT WALKER; KELLY MANN;
ELIZABETH BIBB; DEBEER, First Name Unknown;
UNKNOWN MEMBERS OF INVESTIGATION PANEL II;
UNKNOWN MEMBERS OF REVIEW PANEL; EDMOND COX;
JEFFREY LUDDEN; TIFFANY PANKOW; STEWART
MCCUTCHEN; AARON BOOTH; SCOTT WALKER; UNKNOWN
MEMBERS OF EXECUTIVE BOARD; TIMOTHY ROBERTSON;
BENJAMIN WARTHEN; STEWART MCCUTCHEN; AARON
BOOTH; SCOTT WALKER; UNKNOWN MEMBERS OF
EXECUTIVE BOARD; TIMOTHY ROBERTSON; BENJAMIN
WARTHEN; JOSEPH WOLFE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Charlottesville. Norman K. Moon, District
Judge. (CA-99-7-3)

Submitted:  August 24, 2000    Decided:  August 28, 2000

_____

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jonathan Cobb, Darryl Cobb, Annette Cobb, Appellants Pro Se.  Mark L. Earley, Attorney General, Ronald Curtis Forehand, Senior Assistant Attorney General, Ashley Lionel Taylor, Jr., Assistant Attorney General, Richmond, Virginia; Patrick B. Kelly, UNIVERSITY OF VIRGINIA, Charlottesville, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants Jonathan Cobb, Darryl Cobb, and Annette Cobb appeal the district court's order dismissing Darryl and Annette as plaintiffs for lack of standing, and Jonathan Cobb appeals the district court's order granting summary judgment in favor of the Appellees on his civil action alleging violation of his constitutional and state law rights. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Cobb v. University of Va., No. CA-99-7-3 (W.D. Va. Feb. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED